THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Steven Lewis Brown,       
Appellant.
 
 
 

Appeal From Newberry County
James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-249
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and W. Townes Jones, IV, of Greenwood, for Respondent.
 
 
 

PER CURIAM: Steven Lewis Brown appeals from his guilty pleas to first-degree  burglary and escape, arguing the trial court erred in failing to ensure his plea was freely and voluntarily given as mandated by Boykin v. Alabama, 395 U.S. 238 (1969).  Browns counsel attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded this appeal lacks merit.  After a thorough review of the record, Browns pro se brief, and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.